UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN FARLEY**,

    Plaintiff,

v.                                      CASE NO.   3:18-cv-88-J-25JRK

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

    Defendant

---

**O R D E R**

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 15). Pursuant thereto, it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of July, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record